ISADOR CONSTANZO, APPELLANT, v. CENTRAL RAILROAD
OF NEW JERSEY. APPELLEE.

Argued June 5, 1906—Decided November 12, 1906.

A plaintiff who recovers a judgment for possession of the goods in an
action of replevin in the District Court is entitled to costs.

On appeal from the District Court of Perth Amboy.

Before Justices FORT, GARRETSON and REED.

For the appellant, *Ephraim Cutter.*

For the appellee, *George Holmes.*

The opinion of the court was delivered by

GARRETSON, J.  The case is an action of replevin tried
in the District Court by the judge without a jury.  Judgment was rendered for the plaintiff for possession of the
goods, but no costs or damages were awarded.

The appeal was taken by the plaintiff because no damages
or costs were awarded to him.  There is no appeal from the
finding of the judge as to the possession of the goods, so that
whether the detention by the defendant was lawful or unlawful cannot now be considered.

It appears from the state of the case agreed upon that the
plaintiff gave evidence as to the damages which he claims
to have suffered by the unlawful detention of the goods, and
the judgment of the court not including any award of damages, the only conclusion we can draw from such finding is
that the judge, upon consideration of the evidence upon that
subject, concluded that the plaintiff had not suffered any
damage.

That finding of a question of fact we cannot review on this
appeal.

As to the failure to allow costs, we think the judge fell into error. A prevailing party is always entitled to costs, and unless some affirmative reason appears disentitling him to costs the judgment of the court should have included costs.

Under the act of 1902 (*Pamph. L., p.* 565) regulating appeals from District Courts, it is provided that this court may either order a new trial on such terms as it thinks fit or may order judgment to be entered for either party, as the case may be, and may make such order with respect to the dismissal and costs of the said appeal as such court may think proper. The judgment below is reversed.

The order of this court is that judgment be entered in the District Court for possession of the goods and the costs of the replevin suit.

The appellant is entitled to the costs of this appeal.